PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Christina Hood                                    Cr.: 07-761-001

Name of Sentencing Judicial Officer: Honorable James M. Munley, U.S. District Court Judge MD/PA
Transferred Jurisdiction to: Honorable Joseph A. Greenaway, Jr. U.S. District Court Judge

Date of Original Sentence: 04/18/07

Original Offense: Misprision of a Felony

Original Sentence: 36 months probation

Type of Supervision: Probation                        Date Supervision Commenced: 04/18/07

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | On April 6, 2010, the offender submitted a urine sample which offered a presumptive positive for the use of marijuana. She admitted to marijuana use and indicating she last used the illicit substance on April 1, 2010. |

U.S. Probation Officer Action:

The probation office recommends the case expire as scheduled.

Respectfully submitted,

By: Elisa Martinez
U.S. Probation Officer
Date: 04/15/2010

*The Court's endorsement of this petition will serve as a official written reprimand to the offender, unless the Court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[X] Other- Case expire as scheduled.

Signature of Judicial Officer

Date